396 A.2d 17

Commonwealth v. Butler, Appellant.

 Submitted March 31, 1978.
Robert B. Mozenter, for appellant; Edward G. Rendell,
District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or
decision of this case.